IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| BRIAN EAST<br><br>    Plaintiff,<br><br>  - v. -<br><br>ABARTA COCA-COLA BEVERAGES, LLC,<br><br>    Defendant. | Civil Case No. 1:20-cv-2643<br><br>JUDGE<br><br>**NOTICE OF REMOVAL** |

Defendant, ABARTA COCA-COLA BEVERAGES, LLC (hereinafter "Defendant"), pursuant to 28 U.S.C. §§ 1332, 1367, 1441 and 1446, respectfully seeks removal of this action and further state as follows:

1. Plaintiff BRIAN EAST (hereinafter "Plaintiff") commenced a civil action against Defendant in the Cuyahoga County Court of Common Pleas, Case No. CV 20 939270, on October 9, 2020 ("State Court Action"). A true and accurate copy of the Complaint is attached hereto as Exhibit A.

2. Defendants were served with a Summons and copy of the Complaint on October 30, 2020, 2016 via certified mail delivery. A true and accurate copy of the Summons served on Defendant is attached as Exhibit B. A true and accurate copy of the Cuyahoga County Clerk of Court's Docket showing service upon Defendant on October 30, 2020 is attached as Exhibit C.

3. Plaintiffs' Complaint alleges a claim of (1) race discrimination under O.R.C. §§4112. (See Exhibit A).

4.      This Court has original jurisdiction over the federal claims in this civil action pursuant to 28 U.S.C. § 1332.  Accordingly, Plaintiff's Complaint is properly removable to this Court pursuant to § 28 U.S.C. § 1441(b)..

5.      Pursuant to 28 U.S.C. 1367(a), this Court also has supplemental jurisdiction to adjudicate any state law claims alleged in the Complaint, as all such state law claims are so related to Plaintiff's claims within the original jurisdiction of this Court that they form part of the same case or controversy under Article III of the Constitution of the United States.

6.      Venue for this removed action is proper in the Eastern Division of the United States District Court for the Northern District of Ohio because the territorial jurisdiction of this Court includes the Stark County Court of Common Pleas in which Plaintiff filed his Complaint.

7.      This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) in that it is filed within thirty (30) days of receipt of the Summons and Complaint on October 30, 2020 by Defendant.

8.      Promptly after filing this Notice of Removal, Defendant will give written notice of removal of this action to Plaintiff, and will file such notice with the Clerk of the  Cuyahoga County Court of Common Pleas, as required by 28 U.S.C. § 1446(d).

9.      As of the date of this removal, Defendant has not filed any answer, motion, or other pleading in response to the Complaint.  Defendant hereby reserve the right to assert any and all defenses to the Complaint, and the filing of this Notice of Removal is subject to, and without waiver of, all such defenses and objections.  Defendant further reserves the right to amend or supplement this Notice of Removal as additional discovery is conducted or additional facts become available.

Dated:  November 24, 2020

Respectfully submitted,

**ZASHIN & RICH CO., L.P.A.**

*s/ Jeffrey J. Wedel*
Jeffrey J. Wedel (0041778)
jjw@zrlaw.com
950 Main Ave., 4th Floor
Cleveland, Ohio 44113
Tel.:    (216) 696-4441
Fax:    (216) 696-1618

*Attorneys for Defendant,*
ABARTA COCA-COLA BEVERAGES, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2020, a copy of the foregoing document was filed with the Court's electronic filing system and will be served upon all parties via the Court's electronic filing system.   In addition, I also hereby certify that I caused the foregoing document to be served via e-mail to Plaintiffs' counsel Claire Wade-Kilts wade@swmlawfirm.com.


*s/ Jeffrey J. Wedel*
Jeffrey J. Wedel (0041778)

*Attorneys for Defendant,*
ABARTA COCA-COLA BEVERAGES, LLC